CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:    (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs:
LHF Productions, Inc; and
Fallen Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LHF Productions, Inc.; and Fallen Productions, Inc., <br><br> Plaintiffs, <br> vs. <br><br> Daniel W. Byanski, <br><br> Defendant. | Case No.: 1:20-cv-3159-JPH-TAB <br> (Copyright) <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DANIEL W. BYANSKI WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DANIEL W. BYANSKI
<u>WITHOUT PREJUDICE</u>

Plaintiffs LHF Productions, Inc. and Fallen Productions, Inc. provide notice of their voluntary dismissal under Federal Rule of Civil Procedure ("FRCP") 41(a) of Defendant Daniel W. Byanski ("Defendant") <u>without prejudice</u> pursuant to FRCP 41(a)(1)(A)(i).

No answer or motion for summary judgment has been filed by Defendant.

This action terminates the matter.


DATED: Kailua-Kona, Hawaii, March 11, 2021.

CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
Attorney for Plaintiffs
LHF Productions, Inc; and
Fallen Productions, Inc.